**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ELIJAH VICKERS,**

    Petitioner,

vs.                        Case No. 4:12cv100-SPM/CAS

**DEPARTMENT OF CORRECTIONS
and WARDEN BILL SPIVEY,**

    Respondents.
_____/

**REPORT AND RECOMMENDAITON**

In an order entered May 18, 2012, Petitioner was directed to show cause why his petition should not be summarily dismissed as untimely by June 18, 2012. Doc. 9. Because Petitioner failed to respond to that order, a second show cause order was entered July 9, 2012, giving Petitioner until July 20, 2012, to show cause why his petition should not be summarily dismissed as untimely. Petitioner was once again warned of dismissal if he failed to respond. Doc. 10. On July 16, 2012, Petitioner filed a motion for extension of time, doc. 11, which was granted and the time for filing a response to the second show cause order was extended to August 20, 2012. Doc. 12. Now that deadline has expired and no response has been received from the Petitioner.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for

failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Petitioner has failed to comply with an order or to prosecute this case, this petition should now be dismissed without prejudice.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on August 30, 2012.

s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.